UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE MEDINA,<br>Plaintiff,<br><br>V.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY,<br>Defendant. | Civil Action No.5:23-CV-00529 |

**AGREED STIPULATION OF DISMISSAL OF ALL CLAIMS AND PARTIES**

Pursuant to FRCP 41(a)(1)(ii) it is hereby STIPULATED AND AGREED between Plaintiff JOSE MEDINA and Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY that this matter has been fully compromised and settled. This dismissal is with prejudice to the refiling of same. All cost of court are taxed against the party incurring same.

1. This case is not a class action under Federal Rules of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

2. A receiver has not been appointed in this case.

3. This case is not governed by any federal statute that requires a court order for dismissal of the case.

4. Plaintiff has not previously dismissed any federal or state court suit against based on or including the same claims as those presented in this case.

5. This dismissal is with prejudice.

Respectfully submitted,

**J. Rohlf Jewell**
Texas Bar No.
Hodge Law Firm
1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax: (409) 763-2300
Rjewell@hodgefirm.com
**ATTORNEY FOR PLAINTIFF**

AGREED:

LAW OFFICES OF MAYELLA GONZALEZ

**NATHANIEL L. PEEVEY**
TBN: 24062495

PO Box 655441
Dallas, TX 75265
SanAntonioLegal@allstate.com
(915) 538-9899
Fax: (877) 684-4166
**ATTORNEY FOR DEFENDANT**